UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WILSON ORGANIC FARM SERVICES, INC.<br>　　　　Appellant,<br><br>v.<br><br>JOSEPH Z. FROST, CH 11 TRUSTEE, and BRIAN C. BEHR<br>　　　　Appellees.<br><br>CLERK OF COURT STEPHANIE BUTLER<br>　　　　Interested Party | **JUDGMENT**<br><br>No. 5:22-CV-169-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, on bankruptcy administrator's motion to strike appeal or alternatively motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 30, 2022, and for the reasons set forth more specifically therein, appellant's appeal is dismissed as untimely.

**This Judgment Filed and Entered on June 30, 2022, and Copies To:**

Kirstin E. Gardner (via CM/ECF Notice of Electronic Filing)
Joseph Z. Frost (via CM/ECF Notice of Electronic Filing)
Wilson Organic Farm Services, Inc. (via U.S. Mail) 6325 Falls of the Neuse Rd, Ste. 35-356, Raleigh, NC 27615

June 30, 2022　　　　　　　　　PETER A. MOORE, JR., CLERK
　　　　　　　　　　　　　　　　/s/ Sandra K. Collins
　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk